# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2525

_____

Bobby Dean Lewis; Donald Glenn   *
Cammann; Benjamin Kind; Stanley Paul  *
Smith; Richard F. Toler;                      *
                                  *
        Plaintiffs,             *
                                  *
Rolf A. Rosendahl;             *
                                  *
        Plaintiff-Appellant,     *
                                  *
Jerome Hunter; Paul Joseph Koppi,   *
                                  *
        Plaintiffs,             *
                                  *
      v.                     *   Appeals from the United States
                                  *   District Court for the Western
Mel Carnahan; Dora Schriro; Paul    *   District of Missouri.
Herman; George Lombardi; R. Dale   *
Riley; Steven E. Moore; Darin Morgan;  *     [UNPUBLISHED]
Jennifer Miller,               *
                                  *
        Defendants-Appellees.    *
_____         *
                                  *
Bobby Dean Lewis; Benjamin Kind;   *
Stanley Paul Smith; Richard F. Toler;  *
                                  *
        Plaintiffs,             *
                                  *
Rolf A. Rosendahl;             *
                                  *

Plaintiff-Appellant,                    *
                                        *
Jerome Hunter; Paul Joseph Koppi;       *
Donald Glenn Cammann,                   *
                                        *
            Plaintiffs,                 *
                                        *
        v.                              *
                                        *
Mel Carnahan; Dora B. Schriro; Paul     *
Herman; George A. Lombardi; R. Dale     *
Riley; Steven E. Moore; Darin Morgan;   *
Jennifer Miller,                        *
                                        *
            Defendants-Appellees.       *


——————

No. 99-2526

——————

Bobby Dean Lewis; Donald Glenn          *
Cammann; Benjamin Kind;                 *
                                        *
            Plaintiffs,                 *
                                        *
Stanley Paul Smith;                     *
                                        *
            Plaintiff-Appellant,        *
                                        *
Richard F. Toler; Rolf A. Rosendahl;    *
Jerome Hunter; Paul Joseph Koppi,       *
                                        *
            Plaintiffs,                 *
                                        *
        v.                              *
                                        *

Mel Carnahan; Dora B. Schriro; Paul    *
Herman; George Lombardi; R. Dale    *
Riley; Steven E. Moore; Darin Morgan;    *
Jennifer Miller,    *
                      *
      Defendants-Appellees.    *

_____

No. 99-2527
_____

Bobby Dean Lewis;    *
                      *
      Plaintiff-Appellant,    *
                      *
Benjamin Kind; Stanley Paul Smith;    *
Richard F. Toler; Rolf A. Rosendahl;    *
Jerome Hunter; Paul Joseph Koppi;    *
Donald Glenn Cammann,    *
                      *
      Plaintiffs,    *
                      *
    v.    *
                      *
Mel Carnahan; Dora B. Schriro; Paul    *
Herman; George A. Lombardi; R. Dale    *
Riley; Steven E. Moore; Darin Morgan;    *
Jennifer Miller,    *
                      *
      Defendants-Appellees.    *

_____

Submitted: February 4, 2000

Filed: February 8, 2000
_____

-3-

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Missouri inmates Bobby Dean Lewis, Rolf A. Rosendahl, and Stanley Paul Smith appeal from orders dismissing two identical versions of their 42 U.S.C. § 1983 action. Having carefully reviewed the record, we conclude the district courts' orders were correct, and these consolidated appeals are entirely without merit. Accordingly, we affirm. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-4-